BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
Attorneys for Defendant SmileDirectClub, Inc.
and SmileDirectClub, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**DEFENDANT SMILEDIRECTCLUB, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Honorable Virginia A. Phillips |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, SmileDirectClub, Inc. states that it is a publicly held corporation and no parent corporation or publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, SmileDirectClub, LLC states that it is a wholly owned subsidiary of SDC Financial, LLC.  No publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for SmileDirectClub, Inc. and SmileDirectClub, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  This representation is made to enable the Court to evaluate possible disqualification or recusal.

(1) SDC Financial, LLC

DATED: September 8, 2020                     Respectfully submitted,

                                              By: /s/ Mark S. Eisen
                                                   Mark S. Eisen