UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC,<br><br>Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF HOOPER'S AND TASIN'S CLAIMS UNDER RULE 12(B)(3) AND MOTION TO TRANSFER ENTIRE ACTION UNDER SECTIONS 1406(A) AND 1404(A)**<br><br>Hearing Date: October 19, 2020<br><br>Time: 2:00 pm<br><br>Location: Courtroom No. 8A,<br><br>First Street Courthouse |

The motion of Defendants SmileDirectClub, Inc. and SmileDirectClub, LLC to dismiss Plaintiff Hooper's and Tasin's claims under Rule 12(b)(3) and transfer the entire action pursuant to 28 U.S.C. §§ 1406(a) and 1404(a) to the Middle District of Tennessee came before this Court for regular hearing on October 19, 2020, in the Courtroom of the Honorable Virginia A. Phillips of the United States District Court for the Central District of California, Courtroom 8A located at 350 West 1st Street, Los Angeles, California 90012 at 2:00 p.m.

Having considered all papers submitted by the Parties, the pleadings, the evidence submitted and oral arguments presented, and good cause appearing, IT IS ORDERED THAT Defendants' motion is GRANTED. Plaintiffs Hooper's and Tasin's claims are improperly venued and their claims are severed and transferred to the Middle District of Tennessee, Nashville Division under Section 1406(a).

Furthermore, Plaintiffs Lucas's and Smith's claims are transferred to the Middle District of Tennessee, Nashville Division under Section 1404(a).

DATED:_____     By: _____
                                                            VIRGINIA A. PHILLIPS
                                                            U.S. DISTRICT JUDGE