# **EXHIBIT B**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC,<br><br>           Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**DECLARATION OF IAN KYLE WAILES IN SUPPORT OF MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' INDIVIDUAL CLAIMS AND STAY THE CASE**<br><br>Judge: Honorable Virginia A. Phillips |

DECLARATION OF IAN KYLE WAILES

I, Ian Kyle Wailes, declare, under penalty of perjury, that I am of legal age and sound mind and, based upon personal knowledge, due investigation and review of records kept in the ordinary course of business, that the following facts are true and correct.

1. I am the Chief Financial Officer at SmileDirectClub, Inc. ("SDCI") and have held that position since September of 2019. I am also separately the Chief Financial Officer at SmileDirectClub, LLC ("SDC, LLC"). I have held that position since May of 2018.

2. In my position as Chief Financial Officer, I have personal knowledge of the corporate structures of SDCI and SDC, LLC, the offices and employees of each and the underlying text message program.

3. I have reviewed and am familiar with Complaint in the action entitled *Lucas, et al. v. SmileDirectClub, Inc., et al.*, No. 2:20-cv-06059 (the "Complaint").

4. SDCI is a Delaware corporation with its principal place of business in Nashville, Tennessee.

5. SDC, LLC is a Tennessee limited liability company with its principal place of business in Nashville, Tennessee. SDC, LLC is an indirect subsidiary of SDCI.

6. SDCI is a holding company. SDCI has no offices or employees, let alone in California.

7. SDC, LLC controls and operates the SmileDirectClub account-creation process and transmits the text messages at issue in the Complaint.

8. Customers who create a SmileDirectClub account create such an account with SDC, LLC. In creating a SmileDirectClub account, customers are presented with and agree to a document called the Informed Consent Agreement. The Informed Consent Agreement is an agreement between SDC, LLC and the customer.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 8, 2020

IAN KYLE WAILES

1

DECLARATION OF IAN KYLE WAILES