UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC,<br><br>Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY**<br><br>Hearing Date: October 19, 2020<br>Time: 2:00 pm<br>Location: Courtroom No. 8A,<br>First Street Courthouse |

The motion of Defendants SmileDirectClub, Inc. and SmileDirectClub, LLC to compel arbitration of Plaintiffs' individual claims and stay this action came before this Court for regular hearing on October 19, 2020, in the Courtroom of the Honorable Virginia A. Phillips of the United States District Court for the Central District of California, Courtroom 8A located at 350 West 1st Street, Los Angeles, California 90012 at 2:00 p.m.

Having considered all papers submitted by the Parties, the pleadings, the evidence submitted and oral arguments presented, and good cause appearing, IT IS ORDERED THAT Defendants' motion is GRANTED. Plaintiffs must arbitrate their individual claims against Defendants on an individual basis. This action is stayed pending Plaintiffs' respective arbitrations.

DATED:_____          By: _____
                                     VIRGINIA A. PHILLIPS
                                     U.S. DISTRICT JUDGE