FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs*

MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAUN LUCAS; DAVID DOMINGUEZ HOOPER; METE TASIN; and REEJAUNTE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.; and SMILEDIRECTCLUB, LLC,<br><br>Defendants. | Case No. 2:20−cv−06059−VAP−E<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO STAY CASE PURSUANT TO CIVIL LOCAL RULES 7-1 & 7-11** |

  Pursuant to Civil Local Rules 7-1 and 7-11, Plaintiffs Dawaun Lucas, David Dominguez Hooper, Mete Tasin and Reejaunte Smith and Defendants

---

STIPULATION TO STAY CASE    Case No.: 2:20−cv−06059−VAP−E

SmileDirectClub, Inc. and SmileDirectClub, LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 7, 2020, Plaintiffs initiated this action by filing the Class Action Complaint (ECF No. 1);

WHEREAS, on September 8, 2020, Defendants filed motions to dismiss Plaintiffs Hooper and Tasin pursuant to Federal Rule of Civil Procedure 12(b)(3) and transfer the entire action to the Middle District of Tennessee pursuant to 28 U.S.C. §§ 1406(a) and 1404(a) (ECF No. 16 (the "Motion to Dismiss and Transfer")), and to compel all Plaintiffs to individual arbitration and to stay this action pursuant to Sections 3 and 4 of the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 3-4 (ECF No. 17 (the "Motion to Compel Arbitration"));

WHEREAS, both the Motion to Dismiss and Transfer and the Motion to Compel Arbitration are noticed for hearing on October 19, 2020 at 2:00 p.m.;

WHEREAS, on September 11, 2020, the Court set a scheduling conference pursuant to Fed. R. Civ. P. 16(b) for December 21, 2020 at 1:30 p.m.;

WHEREAS, the Parties recently agreed to attend mediation before the Hon. Wayne R. Andersen (Ret.) of JAMS on October 20, 2020 in an effort to resolve the claims alleged in this action;

WHEREAS, the Parties believe that it would be prudent to stay the case (and vacate all pending deadlines and hearings) until October 27, 2020, one-week following the scheduled mediation, which will allow the Parties to focus their efforts on preparing for mediation and will avoid any potentially unnecessary expendidures of judicial resources in the interim;

WHEREAS, if the stay requested herein is entered by the Court, the Parties will file a joint status report promptly following the mediation and, if necessary, propose a new briefing schedule and hearing date on the pending motions at that time;

WHEREAS, no party has requested any prior continuance or stay in this matter.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. The Parties' request for a brief stay of this action until October 27, 2020 should be granted;

2. All pending deadlines and hearing dates should be vacated, without prejudice to the Parties requesting entry of a new briefing schedule and hearing date on the pending motions and a new scheduling conference date, to the extent necessary, following the October 20 mediation;

3. The Parties should be ordered to submit a joint status report to the Court promptly after the October 20 mediation.

4. Based on the above, the Parties respectfully request that the Court enter the proposed order filed herewith.

Dated: September 18, 2020                Respectfully submitted,

By: s/ Frank S. Hedin
FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs and the Putative Class*

By: s/ Mark S. Eisen
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendants*

## **CERTIFICATION**

I, Frank S. Hedin, hereby certify that I have obtained authorization to affix the foregoing signatures to this document and, on this 18th day of September, 2020, electronically filed this document through the Court's CM/ECF system, which will serve electronic notice of the filing on all parties and counsel of record.

                                    /s/ Frank S. Hedin
                                        Frank S. Hedin