# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAUN LUCAS; DAVID DOMINGUEZ HOOPER; METE TASIN; and REEJAUNTE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.; and SMILEDIRECTCLUB, LLC,<br><br>Defendants. | Case No. 2:20−cv−06059−VAP−E<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY CASE PURSUANT TO CIVIL LOCAL RULES 7-1 & 7-11** |

Having reviewed the parties' joint stipulation to stay this case until October 27, 2020, and with good cause shown, IT IS HEREBY ORDERED as follows:

1. The Parties' request for a stay of this action until October 27, 2020 is GRANTED;

2. All pending deadlines and hearings are VACATED, without prejudice to the Parties requesting entry of a new briefing and hearing date on the pending motions,

---

[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO STAY CASE

and a new scheduling conference date, to the extent necessary, following the Parties' upcoming mediation scheduled for October 20, 2020.

      3.    The Parties shall submit a joint status report to the Court promptly following their October 20, 2020 mediation.

IT IS SO ORDERED.

DATED: _____

                                            Hon. Judge Virginia A. Phillips
                                            United State District Judge