**NOTE CHANGES BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAUN LUCAS; DAVID DOMINGUEZ HOOPER; METE TASIN; and REEJAUNTE SMITH, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.; and SMILEDIRECTCLUB, LLC,<br><br>    Defendants. | Case No. 2:20−cv−06059−VAP−E<br><br><u>CLASS ACTION</u><br><br>**ORDER APPROVING JOINT STIPULATION TO STAY CASE PURSUANT TO CIVIL LOCAL RULES 7-1 & 7-11** |

Having reviewed the parties' joint stipulation to stay this case until October 27, 2020, and with good cause shown, IT IS HEREBY ORDERED as follows:

1.    The Parties' request for a stay of this action until October 27, 2020 is GRANTED;

2.    All pending deadlines and hearings are VACATED, without prejudice to the Parties requesting entry of a new briefing and hearing date on the pending motions,

ORDER GRANTING
JOINT STIPULATION TO STAY CASE

and a new scheduling conference date, to the extent necessary, following the Parties' upcoming mediation scheduled for October 20, 2020.

　　　　3.　　　The Parties shall submit a joint status report to the Court **within ten days** following their October 20, 2020 mediation.

　　　　IT IS SO ORDERED.

DATED:　September 21, 2020

_____
Hon. Judge Virginia A. Phillips
United State District Judge

ORDER GRANTING
JOINT STIPULATION TO STAY CASE