FRANK S. HEDIN (SBN 291289
fhedin@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

Attorneys for Plaintiffs

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192

Attorneys for Defendant SmileDirectClub, Inc.
and SmileDirectClub, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC<br><br>Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Virginia A. Phillips |

Pursuant to this Court's September 21, 2020 Order, the Parties submit this Joint Status Report to apprise this Court of the status of this case following the Parties' October 20, 2020 mediation.

1. On September 18, 2020, the Parties jointly stipulated to stay this case pending a mediation before the Honorable Wayne R. Andersen (Ret.) of JAMS. (Dkt. 19.)

2. This Court granted the Parties' stipulation on September 21, 2020, and stayed this case through October 27, 2020. Further, this Court requested a joint status report no later than October 30, 2020. (Dkt. 20.)

3. On October 20, 2020, the Parties participated in an all-day mediation before Judge Andersen in Chicago, Illinois. Although a settlement was not reached at the mediation, significant progress was made and the discussions between the Parties and Judge Andersen remain ongoing.

4. Accordingly, the Parties respectfully request that the Court continue the present stay until November 13, 2020 (including the deadline for the Parties to request entry of a new briefing schedule and hearing date on the pending motion and a new scheduling conference date, to the extent necessary) to allow the Parties to conclude their settlement discussions and prepare any necessary settlement-related materials.

DATED: October 29, 2020                    Respectfully submitted,


                                           By: /s/ Mark S. Eisen
                                               Mark S. Eisen
                                               meisen@beneschlaw.com
                                               **BENESCH, FRIEDLANDER,**
                                               **COPLAN & ARONOFF LLP**
                                               71 South Wacker Drive, Suite 1600
                                               Telephone: (312) 212-4949
                                               Facsimile: (312) 767-9192

                                               *Counsel for Defendants*

By: /s/ Frank S. Hedin
Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs*

## Attestation Pursuant to Local Rule 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ Mark S. Eisen