UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-06059-VAP-Ex | Date | November 6, 2020 |
|---|---|---|---|

Title  *Dawaun Lucas, et al. v. Smiledirectclub, Inc., et al.*

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  **MINUTE ORDER RE: STATUS REPORT (IN CHAMBERS)**

On September 21, 2020, the Court approved the parties' joint stipulation to stay this action until October 27, 2020 while they prepared for and attended a mediation session. On October 29, 2020, the parties filed a joint status report, in which they explained the matter did not resolve at the mediation but they continue to engage in settlement negotiations. They request the Court extend the stay of these proceedings through November 13, 2020.

The Court grants the parties' request to extend the stay of these proceedings while they engage in settlement negotiations. The parties shall appear for a status conference on November 23, 2020 at 1:30 p.m. and shall file another status report by no later than November 16, 2020.

**IT IS SO ORDERED.**