| 1 | HEDIN HALL LLP
FRANK S. HEDIN (SBN 291289)
| 2 | fhedin@hedinhall.com
Four Embarcadero Center, Suite 1400
| 3 | San Francisco, CA 94111
Telephone: (415) 766-3534
| 4 | Facsimile: (415) 402-0058

*Attorneys for Plaintiffs*

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile:  312.767.9192

*Attorneys for Defendant SmileDirectClub, Inc. and SmileDirectClub, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SMILEDIRECTCLUB, INC.; and SMILEDIRECTCLUB, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Virginia A. Phillips |

Pursuant to the Court's November 6, 2020 Minute Order (Dkt. 22), the Parties respectfully submit this Joint Status Report to apprise this Court of the status of their settlement discussions.

1. On October 20, 2020, the Parties participated in an all-day mediation before the Hon Wayne R. Andersen (Ret.) at JAMS in Chicago, Illinois.

2. On October 29, 2020, the Parties advised the Court that a settlement was not reached at the mediation but that significant progress towards settlement had been made and that discussions between the Parties and Judge Andersen remained ongoing. The Parties requested that the Court continue the stay of the case until November 13, 2020 to allow the Parties to exhaust their settlement discussions.

3. On November 6, 2020, the Court granted the Parties' request for a continued stay of the case, set a status conference for November 23, 2020 at 1:30 p.m., and ordered the Parties to file another status report by November 16, 2020.

4. The Parties now report that they have reached an agreement on the principal terms of a settlement and are working diligently to finalize the remaining aspects of the settlement and prepare a formal settlement agreement. Accordingly, the Parties respectfully request that the Court vacate the status conference presently set for November 23, 2020 and continue the present stay for an additional fourteen (14) days, until November 30, 2020, to allow the Parties to finalize the terms of their settlement and prepare a settlement agreement.

DATED: November 16, 2020

Respectfully submitted,

By: /s/ Frank S. Hedin
Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3534

1

JOINT STATUS REPORT

Facsimile: (415) 402-0058

*Counsel for Plaintiffs*

By: /s/ Mark E. Eisen
    Mark S. Eisen
    meisen@beneschlaw.com
    **BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**
    71 South Wacker Drive, Suite 1600
    Chicago, IL 60606
    Telephone: (312) 212-4949
    Facsimile: (312) 767-9192

*Counsel for Defendants*

**Attestation Pursuant to Local Rule 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/  Frank S. Hedin