UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-06059-VAP-Ex | Date | November 17, 2020 |
|---|---|---|---|

Title  *Dawaun Lucas, et al. v. Smiledirectclub, Inc., et al.*

Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** MINUTE ORDER RE: STATUS REPORT (IN CHAMBERS)

On September 21, 2020, the Court approved the parties' joint stipulation to stay this action until October 27, 2020 while they prepared for and attended a mediation session. On November 6, 2020, the Court granted the parties' request to extend the stay, set this matter for a status conference on November 23, 2020 at 1:30 p.m., and ordered the parties to file another status report by no later than November 16, 2020.

The parties filed a timely status report on November 16, 2020. In the latest status report, the parties represent they have reached an agreement on the principal terms of a settlement, ask the Court to vacate the November 23, 2020 status conference, and extend the stay of these proceedings for an additional two weeks.

The Court grants the parties' request to extend the stay of these proceedings while they finalize the terms of their settlement. The Court continues the November 23, 2020 status conference to December 7, 2020 at 1:30 p.m. The parties shall file another status report by no later than November 30, 2020.

**IT IS SO ORDERED.**