1  HEDIN HALL LLP
   FRANK S. HEDIN (SBN 291289)
2  fhedin@hedinhall.com
   Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Telephone: (415) 766-3534
4  Facsimile: (415) 402-0058

5  *Attorneys for Plaintiffs*

6  BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP
7  MARK S. EISEN (SBN 289009)
   meisen@beneschlaw.com
8  71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
9  Telephone:  312.212.4949
   Facsimile:   312.767.9192
10
   *Attorneys for Defendant SmileDirectClub, Inc.*
11 *and SmileDirectClub, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILEDIRECTCLUB, INC.; and SMILEDIRECTCLUB, LLC,<br><br>Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Virginia A. Phillips |

Pursuant to the Court's November 17, 2020 Minute Order (Dkt. 24), the Parties respectfully submit this Joint Status Report to apprise the Court of their progress in memorializing the terms of their settlement.

1. On October 20, 2020, the Parties participated in an all-day mediation before the Hon Wayne R. Andersen (Ret.) at JAMS in Chicago, Illinois.

2. On November 16, 2020, the Parties advised the Court that they had reached a settlement in principal and requested additional time to prepare a formal settlement agreement. (Dkt. 23.)

3. On November 17, 2020, the Court granted the Parties' request for a continued stay of the case, set a status conference for December 7, 2020 at 1:30 p.m., and ordered the Parties to file another status report by November 30, 2020. (Dkt. 24.)

4. The Parties have exchanged drafts of a formal settlement agreement and are working diligently to finalize the remaining terms. However, they require more time to complete this process in light of the intervening Thanksgiving holiday and logistical issues that have arisen over the past two weeks. Accordingly, the Parties respectfully request that the Court vacate the status conference presently set for November 30, 2020 and continue the present stay for an additional fourteen (14) days, until December 14, 2020, to allow the Parties to finalize the terms of their settlement and prepare a settlement agreement.

DATED: November 30, 2020

Respectfully submitted,

By: /s/ Frank S. Hedin
Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

| | |
|---|---|
| 1 | *Counsel for Plaintiffs* |
| 2 | By: /s/ Mark E. Eisen |
| 3 | Mark S. Eisen<br>meisen@beneschlaw.com |
| 4 | **BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP** |
| 5 | 71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606 |
| 6 | Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192 |
| 7 | *Counsel for Defendants* |

### Attestation Pursuant to Local Rule 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ Frank S. Hedin