FRANK S. HEDIN (SBN 291289)
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
fhedin@hedinhall.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAWAUN LUCAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILEDIRECTCLUB, INC. and SMILEDIRECTCLUB, LLC<br><br>Defendants. | Case No. 2:20-cv-06059-VAP-E<br><br>Judge: Honorable Virginia A. Phillips<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to the Parties' settlement, Plaintiffs hereby dismiss this action, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  December 14, 2020                Respectfully submitted,

By: /s/ Frank S. Hedin
Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs*