JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| DAWAUN LUCAS, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., et al.,<br>    Defendants. | Case No. CV 20-06059-VAP (Ex)<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: December 16, 2021

                                                      VIRGINIA A. PHILLIPS
                                                      United States District Judge